# UNITED STATES DISTRICT COURT

———————— SOUTHERN DISTRICT OF NEW YORK ————————

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

LLOYD MOORE,

v.

## 08 CIV. 3487

THE CITY OF NEW YORK, POLICE OFFICER "JANE DOE",
SHIELD NUMBER UNKNOWN, AND POLICE OFFICER
"JOHN DOE", SHIELD NUMBER UNKNOWN.

## JUDGE KAPLAN

TO:   THE CITY OF NEW YORK c/o MICHAEL A. CARDOZO, CORPORATION COUNSEL,
100 CHURCH STREET, NEW YORK, NEW YORK 10007

**YOU ARE HEREBY SUMMONED** and required to filed with the Clerk of this Court
and serve upon PLAINTIFF'S ATTORNEY (name and address)
TRACIE A. SUNDACK & ASSOCIATES, L.L.C.
19 COURT STREET, 3RD FLOOR
WHITE PLAINS, NEW YORK 10601
914-946-8100

an Answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you, exclusive of day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

CLERK
_CLERK_

APR 1 0 2008

DATE

BY DEPUTY CLERK

2008 MAY 8 PM 3 42

CITY OF N.Y. LAW DEPART.
OFFICE OF CORP. COUNSEL
COMMUNICATIONS SECTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LLOYD MOORE,

                        Plaintiff,

        -against-                                                                    08 CV 3487

                                                                    **COMPLAINT
THE CITY OF NEW YORK, POLICE OFFICER "JANE            AND JURY DEMAND**
DOE", SHIELD NUMBER UNKNOWN, AND POLICE
OFFICER "JOHN DOE", SHIELD NUMBER
UNKNOWN,

                        Defendants.
-------------------------------------------------------------------X

    Plaintiff LLOYD MOORE by his attorneys, TRACIE A. SUNDACK & ASSOCIATES,

L.L.C., complaining of the Defendants, THE CITY OF NEW YORK, POLICE OFFICER

"JANE DOE", SHIELD NUMBER UNKNOWN, and POLICE OFFICER "JOHN DOE",

SHIELD NUMBER UNKNOWN, respectfully alleges as follows:

## PRELIMINARY STATEMENT

    1. Plaintiff brings this action for compensatory damages, punitive damages and attorney's

fees pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988 for violations of his civil rights, as said

rights are secured by said statutes and the Constitutions of the State of New York and the United

States.  Plaintiff also asserts supplemental state law tort claims.

## JURISDICTION

    2. This action is brought pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988, and the First,

Fourth, Fifth, Sixth, Eight and Fourteenth Amendments to the  United States Constitution.

    3. Jurisdiction is founded under 28 U.S.C. §§ 1331, 1343 and 1367.

## VENUE

    4. Venue is properly laid in the Southern District of New York under U.S.C. § 1391(b), in

that this is the District in which the claim arose.

## JURY DEMAND

    5. Plaintiff respectfully demands a trial by jury of all issues in this matter pursuant to Fed.