UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LLOYD MOORE,

                                                                **ORDER TO PRODUCE**
                               Plaintiff,

- against -

                                                            Index No.: 08-CV-3487

THE CITY OF NEW YORK, POLICE OFFICER
"JANE DOE", SHIELD NUMBER UNKNOWN, AND
POLICE OFFICER "JOHN DOE", SHIELD NUMBER
UNKNOWN,
                                  Defendants.
-------------------------------------------------------------------X

       Upon the application of TRACIE A. SUNDACK & ASSOCIATES, L.L.C., it is hereby Ordered that Attica Correctional Facility produce Plaintiff, LLOYD MOORE, Inmate No.:08-A-2229 at Orleans Correctional Facility to a private and available telephone line for a telephone call with Plaintiff's counsel at (914) 946-8100, for the purposes of discussing his pending lawsuit on Wednesday, July 23, 2008 at 11:00 a.m. Plaintiff shall be made available for up to twenty minutes.

       Plaintiff's counsel shall make all necessary arrangements with Orleans Correctional Facility.

Dated: 7/17/08

SO ORDERED:

_____
LEWIS A. KAPLAN
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
        FD: 7/17/08