Received.                    Jul 25 2008 05:51pm
From:                        07/25/2008 16:55      #188 P.003/004

2127880902   XE-3-180-Fax    02:50:28 p m   07-10-2008   14/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

LLOYD MOORE,

                                Plaintiff,

         -against-

THE CITY OF NEW YORK, POLICE OFFICER "JANE DOE", SHIELD NUMBER UNKNOWN, AND POLICE OFFICER "JOHN DOE", SHIELD NUMBER UNKNOWN

                                Defendants.

------------------------------------------------------------- x

**STIPULATION AND ORDER OF WITHDRAWAL AND DISMISSAL OF ALL CLAIMS BROUGHT AGAINST THE CITY OF NEW YORK**

08 Civ. 3487 (LAK)

       WHEREAS, plaintiff Lloyd Moore commenced this action by filing a complaint on or about April 10, 2008 in the Southern District of New York; and

       WHEREAS, the City of New York, is named as a defendant in this case; and

       WHEREAS, defendant City of New York denies any and all liability arising out of plaintiff's allegations; and

       WHEREAS, plaintiff Lloyd Moore wishes to withdraw and discontinue his claims against defendant City of New York in this action;

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff Lloyd Moore and defendant City of New York, as follows:

       1. Any and all claims against defendant City of New York are withdrawn and discontinued, with prejudice and without fees or costs to any party.

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/29/08

07/10/2008 14:48      No. :      R044           P. 014/015

From: 2127880902  XE-3-180-Fax

Received. Jul 25 2008 05:51pm
07/25/2008 16:55    #188 P.004/004
02 SO 39 o m    07-10-2008    15/'S

2. Lloyd Moore does hereby release and discharge defendant City of New York from any and all claims which were or could have been alleged on behalf of plaintiff in the aforementioned action arising out of the events alleged in the complaint in said action, including all claims for attorney's fees, expenses and costs.

Dated: New York, New York
July 28 2008

Jeffrey Pollack, Esq.
Tracie A. Sundack & Associates, LLC
Attorneys for plaintiff Lloyd Moore
19 Court Street
3rd Floor
White Plains, NY 10601

By: _____
    Jeffrey Pollack (JP878)

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendant City of New York,
100 Church Street
Room 3-186
New York, New York 10007
(212) 788-0893

By: _____
    Philip S. Frank (PF-1690)
    Assistant Corporation Counsel

SO ORDERED:
_____
Honorable Lewis A. Kaplan
United States District Judge, S.D.N.Y.

7/29/08

2